United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Brandi McKay, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-20638-Civ-Scola |
| | ) |
| Miami-Dade County, Defendant. | ) |

### Order Adopting the Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for either an order or a report and recommendation on the Defendant's motions to tax costs. (ECF No. 47.) On December 18, 2020, Magistrate Judge Torres issued a report, recommending that the Court grant the motion and award the Defendant $4,720.98 in taxable costs. (Report & Recommendations, ECF No. 51.) No objections have been filed and the time to object has passed. Having considered Magistrate Judge Torres's report, the record, and the relevant legal authorities, this Court finds Magistrate Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Magistrate Judge Torres's report and recommendation. (ECF No. 51.) The Court **grants** the Defendant's motion to tax costs. (**ECF No. 47**.) Consistent with the report, the Court awards **$4,720.98** in taxable costs to the Defendant, Miami-Dade County to be paid by the Plaintiff, Brandi McKay.

**Done and ordered**, at Miami, Florida, on January 5, 2021.

_____
Robert N. Scola, Jr.
United States District Judge